MIRIAM LÓPEZ (SBN 131560)
mlopez@BushGottlieb.com
MELVIN YEE (SBN 241569)
myee@BushGottlieb.com
BUSH GOTTLIEB SINGER LÓPEZ
KOHANSKI ADELSTEIN & DICKINSON
A Law Corporation
500 North Central Avenue, Suite 800
Glendale, California 91203-3345
Telephone: (818) 973-3200
Facsimile: (818) 973-3201

Attorneys for Plaintiffs/Judgment Creditors,
TRUSTEES OF THE DIRECTORS GUILD OF AMERICA -
PRODUCER PENSION PLAN and TRUSTEES OF THE
DIRECTORS GUILD OF AMERICA - PRODUCER
HEALTH PLAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE DIRECTORS GUILD OF AMERICA - PRODUCER PENSION PLAN and TRUSTEES OF THE DIRECTORS GUILD OF AMERICA - PRODUCER HEALTH PLAN,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID H. TURNER PRODUCTIONS, INC., a New York corporation,<br><br>Defendant. | CASE NO. CV 01-04449 NM (CWx)<br><br>RENEWAL JUDGMENT BY CLERK |

Based on the Application for Renewal of Judgment by Plaintiffs/Judgment Creditors Trustees of the Directors Guild of America - Producer Pension Plan and Trustees of the Directors Guild of America - Producer Health Plan, the Declaration of Melvin Yee in support thereof, all other pleadings and documents on file herein, and for good cause shown, IT IS HEREBY ORDERED, ADJUDGED AND

/ / /

/ / /

276037.1 12000-10037

[PROPOSED] ORDER RENEWING JUDGMENT

1 | DECREED that the Judgment entered herein against David H. Turner Productions, Inc., shall be renewed in the amount of $21,690.59, which includes the original judgment amount of $16,930.82 and post-judgment interest of $4,759.77.

Dated: 01/06/12      Lori Muraoka,      Deputy Clerk

Clerk, United States District Court

BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI ADELSTEIN & DICKINSON
500 North Central Avenue, Suite 800
Glendale, California 91203-3345

276037.1 12000-10037

2

[PROPOSED] ORDER RENEWING JUDGMENT