**LAQUER, URBAN, CLIFFORD & HODGE LLP**
J. Paul Moorhead, State Bar No. 240029
   Email: *Moorhead*@luch.com
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958

Attorneys for Plaintiffs, Trustees of the Directors Guild of America - Producer Pension Plan and Trustees of the Directors Guild of America - Producer Health Plan

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE DIRECTORS GUILD OF AMERICA - PRODUCER PENSION PLAN and TRUSTEES OF THE DIRECTORS GUILD OF AMERICA - PRODUCER HEALTH PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID H. TURNER PRODUCTIONS, INC., a New York corporation,<br><br>Defendant. | CASE NO: 2:01-cv-04449-NM-CWX<br><br>**RENEWAL OF JUDGMENT BY CLERK**<br><br>[Cal. Code Civ. Proc. §§ 683.110-683.220; Fed. R. Civ. Proc. Rule 69]<br><br>[NO HEARING REQUIRED] |

///

///

///

Judgment was entered on March 31, 2002, in the amount of $16,930.82, plus post-judgment interest as provided by law, in favor of Plaintiffs / Judgment Creditors, Trustees of the Directors Guild of America - Producer Pension Plan and Trustees of the Directors Guild of America - Producer Health Plan (collectively "Judgment Creditors"), and against Defendant / Judgment Debtor, David H. Turner Productions, a New York corporation ("Judgment Debtor").  This judgment was previously renewed on January 6, 2012, in the amount of $21,690.59.

**NOW**, upon application for renewal of judgment by Judgment Creditors, and upon declaration showing that Judgment Debtor has failed to satisfy the total amount of said judgment and is indebted to Judgment Creditors, the judgment is renewed against David H. Turner Productions, Inc., a New York corporation, as follows:

| | | | |
|---|---|---|---|
| a. | Renewed Judgment (02/17/2012) | | $21,690.59 |
| b. | Costs after Judgment | $ | 0.00 |
| c. | Interest after judgment computed from 01/06/2012 through 04/08/2021 at 2.58% | $ | 5,182.21 |
| d. | Less Credits | $ | 0.00 |
| e. | Total Renewed Judgment | | $26,872.80 |

Dated: 4/13/2021

_____
CLERK OF THE COURT